**COMP**
SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone  (702) 444-4444
Fax      (702) 444-4445
Email: Samantha.Martin@richardharrislaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TRAVIS CURRO,

  Plaintiff,

vs.

UNITED STATES OF AMERICA ex rel
UNITED STATES POSTAL SERVICE;

  Defendants.

CASE NO.: 2:18-cv-00658-GMN-PAL
DEPT. NO.:

**COMPLAINT**

**PLAINTIFF'S COMPLAINT**

**JURISDICTION**

1. This action is brought pursuant to the Federal Torts Claim Act, 28 U.S.C. § 2671.

2. On September 6, 2017, Plaintiff submitted an administrative claim for injuries he sustained as the result of the motor vehicle collision in Las Vegas, Nevada, to the National Tort Center for the United States Postal Service. During this evaluation time period, the statute of limitations was tolled for all parties and causes of action.

3. On April 11, 2018, the United States Postal Service, National Tort Center, spoke with Plaintiff regarding liability but the parties were unable to come to an

1

agreement regarding case value.

4. Plaintiff files this action within the six (6) months from April 11, 2018, when the United States undervalued this claim under the Federal Torts Claim Act and Plaintiff met all conditions precedent to file this action.

5. Venue is properly within the District of Nevada under 28 U.S.C. § 1402(b) as the acts complained of occurred in the District of Nevada.

6. Jurisdiction is proper under 28 U.S.C. § 1346 (b)(1).

## PARTIES

7. Plaintiff TRAVIS CURRO (hereinafter "Plaintiff") is, and at all times mentioned herein was, a citizen of the State of Nevada.

8. The UNITED STATES OF AMERICA, ex rel UNITED STATES POSTAL SERVICE (hereinafter "USPS") is the appropriate Defendant under the Federal Torts Claim Act, and the actions complained of occurred in Las Vegas, Nevada.

## FACTS COMMON TO ALL CAUSES OF ACTION

9. On October 23, 2015, Plaintiff was the driver of a 2010 Dodge Charger in Las Vegas, Nevada.

10. Upon information and belief, on the aforementioned day, Plaintiff was at the intersection of Sunset and Pecos in Las Vegas, Nevada when he attempted to make a left turn onto Pecos at the direction of the green arrow traffic signal.

11. Upon information and belief, on the aforementioned day and at all times prior thereto, Beth Laine Baca was an agent and/or employee of Defendant USPS.

12. Upon information and belief, and at all times relevant thereto, Beth Laine Baca was driving a 2006 Dodge Caravan Van owned, controlled and maintained by Defendant USPS.

13. Upon information and belief and at all times relevant thereto, Beth Laine

Baca was heading eastbound on Sunset, approaching the intersection with Pecos where there was a red light for eastbound traffic.

14. Upon information and belief and at all times relevant thereto, Beth Laine Baca ran the red light at the intersection of Pecos and Sunset, causing a collision with Plaintiff.

15. As a result of the collision, Plaintiff sustained severe and disabling injuries to his person, has incurred medical expenses and other damages, and will continue to incur medical expenses and other damages in the future; was forced to endure pain, suffering, and mental anguish, and will continue to endure pain, suffering and mental anguish in the future; has suffered a loss of enjoyment of life and will continue to suffer a loss of enjoyment of life in the future; and was forced to hire an attorney to recover for this claim.

## FIRST CLAIM FOR RELIEF
## (NEGLIGENCE)

16. Plaintiff hereby repeats, re-alleges and incorporates by reference each and every allegation set forth in the above paragraphs as though each were set forth herein verbatim.

17. Defendant USPS by and through their agent and/or employee Beth Laine Baca, owed Plaintiff a duty of care to operate the USPS Vehicle in a reasonable and safe manner. Defendant by and through their agent and/or employee Beth Laine Baca, breached that duty of care by striking Plaintiff's vehicle on the roadway.

18. The acts of Defendant USPS by and through their agent and/or employee Beth Laine Baca, as described herein, violated the traffic laws of the State of Nevada and Clark County, constituting negligence per se.

19. As a direct and proximate result of the negligence of Defendant, Plaintiff has sustained severe and disabling injuries to his person, has incurred medical expenses and other damages, and will continue to incur medical expenses and other

damages in the future; was forced to endure pain, suffering, and mental anguish, and will continue to endure pain, suffering and mental anguish in the future; has suffered a loss of enjoyment of life and will continue to suffer a loss of enjoyment of life in the future; and was forced to hire an attorney to recover for this claim.

20. The acts and/or omissions set forth above constitute a claim under the law in the State of Nevada.

21. The Defendant USPS by and through their agent and/or employee Beth Laine Baca is liable pursuant to 28 U.S.C. 1346 (b)(1).

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, expressly reserving the right to amend this Complaint prior to or at the time of trial of this action to insert those items of damage not yet fully ascertainable, prays judgment against the Defendants, and each of them, as follows:

1. General damages sustained by Plaintiff in an amount in excess of $75,000.
2. Special damages to be determined at the time of trial;
3. Medical and incidental expenses already incurred and to be incurred;
4. Reasonable attorney's fees and costs of suit;
5. Interest at the statutory rate; and
6. For such other relief as the Court deems just and proper.

DATED this ___11th___ day of April, 2018.

RICHARD HARRIS LAW FIRM

SAMANTHA A. MARTIN, ESQ.
Nevada Bar No. 12998
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*