UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRAVIS CURRO,<br><br>                 Plaintiff,<br>v.<br>UNITED STATE OF AMERICA, *ex rel* UNITED STATES POSTAL SERVICE,<br><br>                 Defendant. | Case No. 2:18-cv-00658-GMN-PAL<br><br>ORDER<br><br>(Mot Subst Parties – ECF No. 13) |

       Before the court is plaintiff's Motion to Substitute Parties Pursuant to Fed. R. Civ. P. Rule 25 (ECF No. 13). The motion requests to substitute Robert Ansara, a personal representative of the Estate of Travis Curro, deceased, as the proper plaintiff in this matter, and to amend the caption to reflect the substitution. Defendant filed a Notice of Non-Opposition to the Motion (ECF No. 14). Having reviewed and considered the matter,

       **IT IS ORDERED** that plaintiff's Motion to Substitute Parties Pursuant to Fed. R. Civ. P. 25 (ECF No. 13) is **GRANTED**. Robert Ansara as Special Administrator of the Estate of Travis Curro shall be substituted in as plaintiff in this matter in the place of Travis Curro.

       DATED this 11th day of October 2018.

                                                                PEGGY A. LEEN<br>
                                                                UNITED STATES MAGISTRATE JUDGE