DAYLE ELIESON
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ANSARA, Special Administrator of the Estate of Travis Curro,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *ex rel* UNITED STATES POSTAL SERVICE,<br><br>Defendant. | Case No. 2:18-cv-00658-GMN-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the above-entitled case shall be dismissed with prejudice, and each party will bear its own costs and attorney's fees.

Respectfully submitted this 16th day of November 2018.

RICHARD HARRIS LAW FIRM

_____
SAMANTHA A. MARTIN
801 South Fourth Street
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs.*

DAYLE ELIESON
United States Attorney

*/s/ Blaine T. Welsh*
_____
BLAINE T. WELSH
Assistant United States Attorney

*Attorneys for the United States.*

**IT IS SO ORDERED.**

**DATED** this __16__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT